UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TABATHA FRERKS, et al.,

                        Plaintiffs,

    v.

TODD P. WOLF, et al.,

                        Defendants.

CASE NO. C19-0978-RSM

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Mary Alice Theiler, United States Magistrate Judge:

Plaintiffs' applications to proceed *in forma pauperis* (IFP) (Dkts. 3 & 4) are deficient. Plaintiffs indicate their last employment in March 2016 and August 2018, their only source of income as the generosity of friends, $844.00 in accounts, and $5,500.00 in monthly expenses. Plaintiffs must submit revised IFP applications within **twenty (20) days** of the date of this Order. The revised applications must explain how plaintiffs meet their basic monthly expenses, including food, shelter, and transportation. Failure to comply may result in denial of IFP and/or dismissal.

DATED this 8th day of July, 2019.

                        WILLIAM M. MCCOOL, Clerk

                        By:  s/ Paula McNabb
                              Deputy Clerk