# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TABATHA FRERKS, et al., | CASE NO. C19-978RSM |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| TODD P. WOLF, et al., | |
| Defendants. | |

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:

On August 29, 2019, Plaintiffs[1] filed an "Ex Parte Motion in Support of Request for Injunction, Writ, Partial Summary Judgments and All Other Relief." Dkt. #18. Relying on their Complaint and attached exhibits, Plaintiffs' Motion variously references default judgment, summary judgment, injunctive relief, and indicates that "all above relief shall maintain all

---

[1] Plaintiffs' filing purports to be electronically signed by both Plaintiffs. Dkt. #18 at 6. However, only Plaintiff Tabatha Frerks has registered to electronically file in this action. Dkt. #9. Plaintiff Charles Frerks has not registered to participate electronically and therefore may not electronically sign documents filed herein. *See* U.S. District Court, Western District of Washington Electronic Filing Procedures for Civil and Criminal Cases, Section III.L (p. 9–10) ("If a pro se party files a paper document, or submits a document for filing via e-mail, the document must contain a physical signature."). To the extent Plaintiffs' Motion purports to be filed on behalf of both Plaintiffs, it is improper.

MINUTE ORDER – 1

Plaintiffs additional causes of action." *Id.* Plaintiffs have noted their Motion for consideration on the same day it was filed, August 29, 2019. *Id.*

Putting aside any substantive deficiencies, Plaintiffs' Motion suffers from several procedural deficiencies that render it improper. Plaintiffs do not include a proposed order, compounding the Court's trouble determining the intent of the Motion. *See* LCR 7(b)(1) (moving party "shall file the motion and proposed order with the clerk"). To the extent Plaintiffs' Motion seeks default judgment, it is premature, as default has not been entered as to any defendant. *See* LCR 55(b)(1) ("[n]o motion for judgment by default should be filed against any party unless the court has previously" entered default); *see also* Dkt. #19 (defendants noting other procedural deficiencies if Plaintiffs' Motion is considered a motion for default or for default judgment). To the extent Plaintiffs' Motion seeks preliminary injunctive relief or summary judgment, it was improperly noted for consideration on the same day it was filed. *See* LCR 7(d)(3) ("motions for summary judgment [and] motions seeking a preliminary injunction . . . shall be noted for consideration on a date no earlier than the fourth Friday after filing and service of the motion").

Accordingly, the Court STRIKES Plaintiffs' Ex Parte Motion in Support of Request for Injunction, Writ, Partial Summary Judgments and All Other Relief (Dkt. #18) as procedurally improper. The Clerk shall mail a copy of this minute order to Plaintiff Charles Frerks at his last known address.

Dated this 3 day of September, 2019.

WILLIAM McCOOL, Clerk

By: /s/ Paula McNabb
     Deputy Clerk

MINUTE ORDER – 2