UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TABATHA FRERKS AND CHARLES FRERKS,<br><br>Plaintiffs,<br><br>vs.<br><br>TODD P. WOLF, DENIS M. WYSSBROD, RICHARD FULLER, ROBERT KONKOL, AMY JAHNKE, ANDERSON, O'BRIEN, BERTZ, SKERNS & GOLLA, RURAL MUTUAL INSURANCE COMPANY,<br><br>Defendants. | No. C19-0978 RSM<br><br>ORDER GRANTING DEFENDANTS' ANDERSON, O'BRIEN, BERTZ, SKERNS & GOLLA, RICHARD FULLER, ROBERT KONKOL, AMY JAHNKE, AND RURAL MUTUAL INSURANCE COMPANY JOINT MOTION TO EXTEND FED. R.CIV. P. 26(F) CONF., FED. R.CIV. P. 26(A)(1) INIT. DISCLOSURES, AND FED. R.CIV. P. 26(F) JOINT STATUS REPORT AND DISCOVERY PLAN FILING DEADLINES FOR ALL PARTIES |

This matter having come on regularly on Defendants' Joint Motion to Extend Fed. R. Civ. P. 26(f) Conf., Fed. R.Civ. P. 26(a)(1) Init. Disclosures, and Fed. R.Civ. P. 26(f) Joint Status Report and Discovery Plan Filing Deadlines For All Parties (Dkt. #30), and the Court having considered the following:

1. Defendants' Joint Motion to Extend Fed. R.Civ. P. 26(f) Conf., Fed. R.Civ. P. 26(a)(1) Init. Disclosures, and Fed. R.Civ. P. 26(f) Joint Status Report and Discovery Plan Filing Deadlines;

ORDER GRANTING TIME EXTENSION – 1

2. Declaration of William C. Gibson In Support Defendants' Joint Motion to Extend Fed. R.Civ. P. 26(f) Conf., Fed. R.Civ. P. 26(a)(1) Init. Disclosures, and Fed. R.Civ. P. 26(f) Joint Status Report and Discovery Plan Filing Deadlines;

3. Plaintiffs' failure to respond in opposition, LCR 7(b)(2) ("Except for motions for summary judgment, if a party fails to file papers in opposition to a motion, such failure may be considered by the court as an admission that the motion has merit."); and

together with the records and files of this case and the Court having been otherwise fully advised, NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Defendants' Joint Motion to Extend Fed. R. Civ. P. 26(f) Conf., Fed. R. Civ. P. 26(a)(1) Init. Disclosures, and Fed. R. Civ. P. 26(f) Joint Status Report and Discovery Plan Filing Deadlines (Dkt. #30) is GRANTED.

2. The new deadlines for plaintiffs' and movants' compliance with the Fed. R. Civ. P. 26(a) and (f) requirements in this case are as follows:

| | |
|---|---|
| Fed. R. Civ. P. 26(f) Conference | November 12, 2019 |
| Fed. R.Civ. P. 26(a)(1) Initial Disclosures | November 19, 2019 |
| Fed. R.Civ. P. 26(f) Joint Status Report and Discovery Plan | November 26, 2019 |

DATED this 20th day of September 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING TIME EXTENSION – 2