UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TABATHA FRERKS AND CHARLES FRERKS,<br><br>Plaintiffs,<br><br>vs.<br><br>TODD P. WOLF, DENIS M. WYSSBROD, RICHARD FULLER, ROBERT KONKOL, AMY JAHNKE, ANDERSON, O'BRIEN, BERTZ, SKERNS & GOLLA, RURAL MUTUAL INSURANCE COMPANY,<br><br>Defendants. | No. 2:19-cv-00978RSM<br><br>ORDER GRANTING DEFENDANTS' ANDERSON, O'BRIEN, BERTZ, SKERNS & GOLLA, RICHARD FULLER, ROBERT KONKOL, AMY JAHNKE, AND RURAL MUTUAL INSURANCE COMPANY SECOND <u>JOINT</u> MOTION TO EXTEND FED. R.CIV. P. 26(F) CONF., FED. R.CIV. P. 26(A)(1) INIT. DISCLOSURES, AND FED. R.CIV. P. 26(F) JOINT STATUS REPORT AND DISCOVERY PLAN FILING DEADLINES FOR ALL PARTIES |

This matter having come on regularly on Defendants' Second <u>Joint</u> Motion to Extend Fed. R.Civ. P. 26(f) Conf., Fed. R.Civ. P. 26(a)(1) Init. Disclosures, and Fed. R.Civ. P. 26(f) Joint Status Report and Discovery Plan Filing Deadlines for All Parties, and the Court having considered the following:

1. Defendants' Second <u>Joint</u> Motion to Extend Fed. R.Civ. P. 26(f) Conf., Fed. R.Civ. P. 26(a)(1) Init. Disclosures, and Fed. R.Civ. P. 26(f) Joint Status Report and Discovery Plan Filing Deadlines for All Parties;

2. Declaration of William C. Gibson In Support Defendants' Second <u>Joint</u> Motion to Extend Fed. R.Civ. P. 26(f) Conf., Fed. R.Civ. P. 26(a)(1) Init. Disclosures, and Fed. R.Civ. P. 26(f) Joint Status Report and Discovery Plan Filing Deadlines for All Parties;

3. Plaintiffs' failure to respond to the motion (*see* LCR 7(b)(2)); and

together with the records and files of this case and the Court having been otherwise fully advised, NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. Defendants' Second <u>Joint</u> Motion to Extend Fed. R. Civ. P. 26(f) Conf., Fed. R. Civ. P. 26(a)(1) Init. Disclosures, and Fed. R. Civ. P. 26(f) Joint Status Report and Discovery Plan Filing Deadlines for All Parties is GRANTED.

2. The Court sets the following deadlines for plaintiffs' and movants' compliance with the Fed. R. Civ. P. 26(a) and (f) requirements in this case:

| Event: | Old Deadline | New Deadline |
|---|---|---|
| Fed. R. Civ. P. 26(f) Conference | November 12, 2019 | 30 days after the Court rules on the pending Motions to Dismiss (Dkts. #21 and #22) |
| Fed. R. Civ. P. 26(a)(1) Initial Disclosures | November 19, 2019 | 37 days after the Court rules on the pending Motions to Dismiss (Dkts. #21 and #22) |
| Fed. R. Civ. P. 26(f) Joint Status Report and Discovery Plan | November 26, 2019 | 44 days after the Court rules on the pending Motions to Dismiss (Dkts. #21 and #22) |

DATED this 3 day of December, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE